IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| T.S., by and through his next friend, N.O., and G.A., *individually and on behalf of all others similarly situated*, <br><br>      *Plaintiffs,* <br><br> v. <br><br> The Burke Foundation d/b/a Burke Center for Youth, <br><br>      *Defendant.* | § § § § § § § § § § § § § § | CASE NO. 1:19-cv-809-RP <br><br> Collective Action - FLSA <br> Class Action - Rule 23 |

**<u>NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiffs T.S., by and through his next friend N.O., and G.A., through counsel Rebecca Eisenbrey, et al., DECLINE to consent to trial before a United States Magistrate Judge.

                              Respectfully submitted,

           By:     /s/ Rebecca Eisenbrey

                   Rebecca C. Eisenbrey
                   Attorney-In-Charge
                   State Bar No. 24097646
                   reisenbrey@equaljusticecenter.org
                   Anna Bocchini
                   State Bar No. 24057410
                   abocchini@equaljusticecenter.org
                   EQUAL JUSTICE CENTER
                   510 S. Congress Ave., Suite 206
                   (512) 474-0007 ext. 132

                   Ted Evans
                   State Bar No. 24099351

tevans@disabilityrightstx.org
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(832) 681-8224

Peter Hofer
State Bar No. 09777275
phofer@drtx.org
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Dated: November 22, 2019          By:     /s/ Rebecca Eisenbrey