**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| T.S., by and through his next friend, § <br> N.O.; and G.A.; § <br> *individually and on behalf of all others* § <br> *similarly situated*, § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> The Burke Foundation § <br> d/b/a Burke Center for Youth, § <br> § <br> *Defendant.* § | CASE NO. 1:19-cv-809-RP |

## ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER

The Joint Motion to Amend Scheduling Order submitted by Plaintiff and Defendant (Dkt. # 29) is adopted by this Court. Therefore, the Court orders the following:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before October 29, 2020.

2. The parties shall file all motions to amend or supplement pleadings or to joint additional parties on or before August 31, 2020.

3. Plaintiffs shall designate testifying experts by November 12, 2020, and Defendants shall designate testifying experts by November 26, 2020. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert

4. The parties shall complete all discovery on or before January 28, 2021.

5. All dispositive motions shall be filed on or before <u>March 1, 2021</u> and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

6. This case is to be set for a trial at a time and date to be determined by the Court.

SIGNED on _____July 2_____, 20_20_.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE