IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| T.S., by and through his next friend, N.O.; and G.A.; *individually and on behalf of all others similarly situated*, | § § § § § § § | |
| *Plaintiffs,* | § § | CASE NO. 1:19-cv-809-RP |
| v. | § § | |
| The Burke Foundation d/b/a Burke Center for Youth, | § § § | |
| *Defendant.* | § § | |

## NOTICE OF FILING OF CONSENTS TO JOIN
## FLSA COLLECTIVE ACTION BY OPT-IN PLAINTIFFS

Plaintiffs hereby give notice the following three individuals join the above-styled action as

opt-in Plaintiffs pursuant to the Fair Labor Standards Act, as manifested in their executed consent

forms which are attached hereto as Exhibits A-C:

A.  N.W., through his next friend S.D.;

B.  K.H.; and

C.  R.F.

Pursuant to the operative Amended Scheduling Order (Doc. 50 at ¶ 4), opt-in Plaintiffs'

consent forms are filed with identifying information redacted.

Respectfully Submitted,

*/s/ Anna Bocchini*
Anna Bocchini
State Bar No. 24057410
abocchini@equaljusticecenter.org
EQUAL JUSTICE CENTER
314 E Highland Mall Blvd, Suite 401
Austin, TX 78752

*Plaintiffs' Notice of*
*FLSA Opt-in Plaintiffs*                               1

(512) 474-0007 ext. 105

Colleen Mulholland
State Bar No. 24091765
cmulholland@equaljusticecenter.org
EQUAL JUSTICE CENTER
8301 Broadway St., Ste. 309
San Antonio, Texas 78209
Phone: (210) 308-6222, ext. 101

Ted Evans
State Bar No. 24099351
tevans@disabilityrightstx.org
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(832) 681-8224

Peter Hofer
State Bar No. 09777275
phofer@drtx.org
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/   Anna Bocchini

*Plaintiffs' Notice of*
*FLSA Opt-in Plaintiffs*                    2