IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| T.S., by and through his next friend, N.O.; and G.A.; *individually and on behalf of all others similarly situated*, | § § § § § | |
| *Plaintiffs,* | § § | |
| | § | CASE NO. 1:19-cv-809-RP |
| v. | § § | |
| The Burke Foundation d/b/a Burke Center for Youth, | § § § § | |
| *Defendant.* | § | |

**NOTICE OF FILING OF CONSENT TO JOIN**
**FLSA COLLECTIVE ACTION BY OPT-IN PLAINTIFF**

Plaintiffs hereby give notice that M.U. hereby joins the above-styled action as an opt-in Plaintiff pursuant to the Fair Labor Standards Act, as manifested in his executed consent form which is attached hereto as Exhibit A.

Pursuant to the operative Amended Scheduling Order (Doc. 50 at ¶ 4), Plaintiff's consent form is filed with identifying information redacted.

    Respectfully Submitted,

    */s/ Anna Bocchini*
    Anna Bocchini
    State Bar No. 24057410
    abocchini@equaljusticecenter.org
    (512) 474-0007 ext. 105
    Caitlin Boehne
    State Bar No. 24075815
    cboehne@equaljusticecenter.org
    (512) 474-0007 ext. 110
    EQUAL JUSTICE CENTER
    314 E Highland Mall Blvd, Suite 401
    Austin, TX 78752

Ted Evans
State Bar No. 24099351
tevans@disabilityrightstx.org
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(832) 681-8224

Peter Hofer
State Bar No. 09777275
phofer@drtx.org
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                              */s/   Anna Bocchini*
                                                              Anna Bocchini