IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| T.S., *by and through his next friend, N.O.; individually and on behalf of all other similarly situated*, and G.A., *individually and on behalf of all other similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> THE BURKE FOUNDATION, *doing business as* BURKE CENTER FOR YOUTH, <br><br> Defendant. | § § § § § § § § § § § § § | 1:19-CV-809-RP |

## ORDER

On January 24, 2025, the Court granted the parties leave to file their redacted settlement agreement. As nothing remains to resolve, **IT IS ORDERED** that this action is closed.

**SIGNED** on January 27, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE